O

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MELENDEZ, ) | CASE NO. EDCV 10-00176 VAP (DTBx) |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT ON SPECIAL VERDICT** |
| CATHEDRAL CITY, CALIFORNIA, et al., ) | |
| Defendants. ) | |

On September 13, 2011, this matter was called for trial in Courtroom 2 of the United States District Court. The parties answered ready for trial. A panel of jurors was called and sworn.

The case was tried to the jury September 13, 14, 15, and 16, 2011, and the case was then submitted to the jury for deliberation. On September 19, 2011, the jury returned a unanimous verdict as follows:

1

We, the jury in the above entitled case, unanimously find as follows:

**Question No. 1**:  Did either Defendant Corwin deVeas or Defendant Jeremy Herrick, or both, use excessive force upon Plaintiff Santos Melendez?

CORWIN DEVEAS        Yes ___    No X__
JEREMY HERRICK       Yes ___    No X__

**If you answered "Yes" as to either Defendant, or both Defendants, please answer Question No. 2.  If you answered "No" as to both Defendants, please go to Question No. 5.**

**Question No. 2**:  Did Plaintiff Melendez suffer injury, damage, loss, or harm as a result of either Defendant deVeas's or Defendant Herrick's use of excessive force against him?
**Only answer this Question for any Defendant as to whom you answered "Yes" in response to Question No. 1.**

CORWIN DEVEAS        Yes ___    No ___
JEREMY HERRICK       Yes ___    No ___

**If you answered "Yes" as to either Defendant, or both Defendants, please answer Question No. 3.  If you answered "No" as to both Defendants, please go to**

2

**Question No. 5.**

**Question No. 3**: What do you find to be the amount of damages suffered by Plaintiff Melendez as a result of the excessive force inflicted?

**Answer with an amount of damages.**

Damages - Medical Expenses     $_____

Damages - All Other            $_____

Total                          $_____

**If in answer to Question No. 3 you awarded any damages, please answer Question No. 4.  If you did not award any damages, please go to Question No. 5.**

**Question No. 4**: Did either Defendant deVeas or Defendant Herrick, or both, act with malice, oppression, or a reckless disregard for the constitutional rights of Plaintiff Melendez?

CORWIN DEVEAS          Yes ___   No ___

JEREMY HERRICK         Yes ___   No ___

**Please go to Question No. 5.**

**Question No. 5**: Did Defendant DeVeas unlawfully detain Plaintiff Melendez in violation of Plaintiff Melendez's constitutional rights?

Yes ___ No X___

**If you answered "No," please sign and date this verdict form. If you answered "Yes," please answer Question No. 6.**

**Question No. 6**: Did Plaintiff Melendez suffer injury, damages, loss, or harm as a result of the unlawful detention by Defendant deVeas?

Yes ___ No ___

**If you answered "No," please sign and date this verdict form. If you answered "Yes," please answer Question No. 7.**

**Question No. 7**: What do you find to be the amount of damages suffered by Plaintiff Melendez as a result of the unlawful detention?

$_____

...

**If in answer to Question No. 7 you awarded any damages, please answer Question No. 8. If you did not award any damages, please sign and date this verdict form.**

**Question No. 8**: Did Defendant deVeas act with malice, oppression, or a reckless disregard for the constitutional rights of Plaintiff Melendez?

Yes ___   No ___

**Please sign and date this form.**

DATED: <u>September 19, 2011</u>   /s/ _____
                                      Presiding Juror

**ORDER**

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, CORWIN DEVEAS and JEREMY HERRICK, and against Plaintiff, SANTOS MELENDEZ, that Plaintiff takes nothing.

DATED: September 21, 2011

Honorable Virginia A. Phillips
United States District Judge